EDWARD O'NEILL, BY HIS NEXT FRIEND, ET AL., PLAINTIFFS-APPELLANTS, v. FRANK BREIDT, DEFENDANT-RESPONDENT.

Argued May 9, 1935—Decided May 9, 1935.

Before CHIEF JUSTICE BROGAN, and Justices LLOYD and DONGES.

For the appellants, *Benjamin Gordon* and *Earl A. Merrill.*

For the respondent, *Connolly & Hueston.*

PER CURIAM.

The proofs have been examined and from the evidence we can find no proof whatever of negligence on the part of the defendant.

The judgment is affirmed.